UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC MONROE,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant.<br>_____ / | Case No. 17-cv-11892<br><br>UNITED STATES DISTRICT COURT JUDGE<br>GERSHWIN A. DRAIN<br><br>UNITED STATES MAGISTRATE JUDGE<br>ELIZABETH A. STAFFORD |

**FIRST AMENDED SCHEDULING ORDER AND ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DATES [11, 19]**

On November 13, 2017, the Court issued a Scheduling Order in this matter. Dkt. No. 11. Then, on April 5, 2018, the parties moved to extend certain scheduling order dates. *See* Dkt. No. 19. Specifically, the parties request that the Court extend the discovery cutoff and dispositive motion cutoff deadlines sixty (60) days. *See id.* The parties propose that the new discovery cutoff date be July 20, 2018, extended from May 18, 2018; and that the new dispositive motion cutoff date be August 24, 2018, extended from June 25, 2018. *See id.*

The Court finds good cause to GRANT the parties' request. Indeed, this is their first request to amend the Scheduling Order. Accordingly, the new discovery cutoff date is **Friday, July 20, 2018**, and the new dispositive motion cutoff date is

**Friday, August 24, 2018**. All other dates in the Court's November 13, 2017 Scheduling Order remain the same.

    IT IS SO ORDERED.

Dated: April 18, 2018                                  /s/Gershwin A. Drain
                                                                 GERSHWIN A. DRAIN
                                                                 United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 18, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk