UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MONROE, an Individual,

        Plaintiff,                            Case No. 17-cv-11892-GAD-EAS
                                                Hon. Gershwin A. Drain
v.                                                   Magistrate Judge Elizabeth A. Stafford

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware Corporation,

        Defendant.

---

| SOMMERS SCHWARTZ, P.C. | JACKSON LEWIS P.C. |
|---|---|
| Tad T. Roumayah (P74081) | Maurice G. Jenkins (P33083) |
| Attorneys for Plaintiff | Daniel C. Waslawski (P78037) |
| One Towne Square, Suite 1700 | Attorneys for Defendant |
| Southfield, Michigan 48076 | 2000 Town Center, Suite 1650 |
| troumayah@sommerspc.com | Southfield, MI 48075 |
| | (248) 936-1900 |
| | jenkinsm@jacksonlewis.com |
| | daniel.waslawski@jacksonlewis.com |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE AND
WITHOUT ATTORNEYS' FEES OR COSTS**

The parties stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and with each party to bear his, or its own attorneys' fees and costs. Such dismissal will resolve all pending claims and close the case.

Stipulated and Agreed to By:

/s/ Tad T. Roumayah w/consent
SOMMERS SCHWARTZ, P.C.
Tad T. Roumayah (P74081)
One Towne Square, Suite 1700
Southfield, Michigan 48076
troumayah@sommerspc.com

Attorneys for Plaintiff

/s/ Daniel C. Waslawski
JACKSON LEWIS, P.C.
Maurice G. Jenkins (P33083)
Daniel C. Waslawski (P78037)
2000 Town Center, Suite 1630
Southfield, Michigan 48075
jenkinsm@jacksonlewis.com
daniel.waslawski@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MONROE, an Individual,

       Plaintiff,

v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware Corporation,

       Defendant.

Case No. 17-cv-11892-GAD-EAS
Hon. Gershwin A. Drain
Magistrate Judge Elizabeth A. Stafford

| SOMMERS SCHWARTZ, P.C. | JACKSON LEWIS P.C. |
|---|---|
| Tad T. Roumayah (P74081) | Maurice G. Jenkins (P33083) |
| Attorneys for Plaintiff | Daniel C. Waslawski (P78037) |
| One Towne Square, Suite 1700 | Attorneys for Defendant |
| Southfield, Michigan 48076 | 2000 Town Center, Suite 1650 |
| troumayah@sommerspc.com | Southfield, MI 48075 |
| | (248) 936-1900 |
| | jenkinsm@jacksonlewis.com |
| | daniel.waslawski@jacksonlewis.com |

**STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

Upon stipulation of the parties and the Court being fully advised of the premises, IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear his own attorneys' fees and costs. Entry of this order

resolves all pending claims and closes the case.

    SO ORDERED.

DATE: July 27, 2018

s/Gershwin A. Drain\_\_\_\_\_
U.S. DISTRICT COURT JUDGE